

Before GEWIN, GOLDBERG and DYER, Circuit Judges.

PER CURIAM:

The appellee's motion to dismiss the appeal in the above styled and numbered cause is hereby denied. The judgment of the district court is affirmed. See Local Rule 21.[1]

Before THORNBERRY, MORGAN and CLARK, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

**Jonathan Benedict WILLIAMS, Petitioner-Appellant,**

v.

**UNITED STATES of America, Respondent-Appellant.**

**No. 71–2231**

**Summary Calendar.***

United States Court of Appeals, Fifth Circuit.

Nov. 3, 1971.

**Daniel CLOAK, a Minor by his father and next friend, Frank T. Cloak, Jr., Appellant,**

v.

**Wilmer CODY, individually and as Superintendent of the Chapel Hill-Carrboro, North Carolina, public schools, et al., Appellees.**

**No. 71–1616.**

United States Court of Appeals, Fourth Circuit.

Argued Oct. 4, 1971.

Decided Oct. 12, 1971.

Jonathan Benedict Williams, pro se.

John W. Stokes, Jr., U. S. Atty., George H. Connell, Jr., Asst. U. S. Atty., Atlanta, Ga., for respondent-appellant.

1. See N.L.R.B. v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.

* Rule 18, 5 Cir., See Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al., 5 Cir., 1970, 431 F.2d 409, Part I.

1. See NLRB v. Amalgamated Clothing Workers of America, 430 F.2d 966 (5th Cir. 1970).